# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1432

_____

KEITH KASHEEM HINES,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Department of Corrections,

Respondent.

_____


Petition for Writ of Habeas Corpus—Original Jurisdiction.


March 5, 2025


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Keith Kasheem Hines, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.